IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| E1 CORPORATION | § |
| | § |
| Plaintiff, | § |
| | § C.A. No. G-13-_____ 3:13-cv-457 |
| v. | § Filed Under Rule 9(h) |
| | § Fed. R. Civ. P. |
| MAPLE SHIPPING INC. | § (ADMIRALTY) |
| | § |
| Defendant. | § |

ORDER FOR WARRANT OF ATTACHMENT

**ON THIS DAY** the Court considered the application of Plaintiff E1 Corporation for the issuance of a Warrant of Attachment of the motor vessel ("M/V") MAPLE 3. The Court, having reviewed the pleadings, is of the opinion that the relief sought is proper and it is therefore

ORDERED that the Clerk of the Court issue a Warrant of Attachment of the M/V MAPLE 3 in due form.

ORDERED that the vessel attached may be shifted from its current situs to other locations within the Southern District of Texas.

ORDERED that the Marshal may release the vessel without further Order of the Court, upon stipulation by counsel for Plaintiff that sufficient security has been posted to cover the value of Plaintiff's claims in this case and that all parties to the case have been consulted and agree to the release.

SIGNED this 20th day of December, 2013.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
District